# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HENDERSON, HECTOR,

    Petitioner,

        v.

CRAIG A. LOWE, WARDEN,

    Respondent.

NO. 3:18-CV-0570

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 25th day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Hector Henderson is **DENIED as moot and without prejudice** to Petitioner's right to file a separate action challenging the Immigration Judge's bond determination.

(2) The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge